**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE E. MASTERS,<br><br>          Plaintiff(s),<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>          Defendant(s). | Case No. 2:16-cv-02411-JAD-NJK<br><br>ORDER<br><br>(Docket No. 13) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 13. The stipulated proposed discovery plan does not contain the certifications required by Local Rule 26-1(b)(7)-(b)(9).

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order. Docket No. 13. The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than December 16, 2016.

IT IS SO ORDERED.

DATED:   December 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge